COMMONWEALTH *vs.* ANGELO CRAWFORD. June 16, 1981. The appeal is from a six-man jury conviction on a complaint charging the defendant with an attempt (G. L. c. 274, § 6) to commit larceny (G. L. c. 266, § 30[1] and [2]). On the evidence most favorable to the Commonwealth, it was matter of conjecture (see and compare *Commonwealth* v. *Croft,*

345 Mass. 143, 143-145 [1962]; *Commonwealth* v. *Senati*, 3 Mass. App.
Ct. 304, 305-306 [1975]) whether the defendant had removed the wallet
from the trousers in question, which was the only overt act charged on the
face of the complaint. See G. L. c. 277, § 79 (attempt to commit crime);
*Commonwealth* v. *Gosselin*, 365 Mass. 116, 121 (1974); *Commonwealth*
v. *Burns*, 8 Mass. App. Ct. 194, 195-197 (1979). Accordingly, the judg-
ment is reversed, the verdict is set aside, and the complaint is to be
dismissed.

*So ordered.*

*Bruce T. Macdonald* for the defendant.
*Kevin J. Ross,* Legal Assistant to the District Attorney, for the Com-
monwealth.